# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

Harold Block

SUMMONS IN A CIVIL CASE

CASE NUMBER:

v.

John E. Potter, Postmaster General

CV 08 1344

SI

TO: (Name and address of defendant)

John E. Potter, Postmaster General
475 L'Enfant Plaza SW
Washington DC. 20260-4226

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harold Block
3535 El Portal Drive #F103
El Sobrante CA 94803

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 1 0 2008

(BY) DEPUTY CLERK

BUCKLEY