JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    U.S. Attorney's Office/Civil Division
    450 Golden Gate Avenue, 10th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7322
    Facsimile:    (415) 436-6748
    E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant John E. Potter, Postmaster General

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD BLACK,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>        Defendant. | No. C 08-1344 SI<br><br>**ANSWER OF DEFENDANT JOHN E. POTTER, POSTMASTER GENERAL** |

    Defendant John E. Potter, Postmaster General, by and through his counsel, hereby admits, denies, alleges and otherwise responds to Plaintiff Harold Black's Complaint in Action C 08-1344 ("Complaint") as follows:

    1.    In answer to Paragraph 1 of the Complaint, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation therein.

    2.    In answer to Paragraph 2 of the Complaint, defendant admits the allegations therein.

    3.    In answer to Paragraph 3 of the Complaint, defendant admits the allegations therein.

1   4.   In answer to Paragraph 4 of the Complaint, defendant admits that Plaintiff was terminated from his employment at the Petaluma Post Office because he failed to pass a qualifying test. Except as so expressly admitted, defendant denies each and every allegation in Paragraph 4 of the Complaint.

5.   In answer to Paragraph 5 of the Complaint, defendant denies each and every allegation in Paragraph 5 of the Complaint.

6.   In answer to Paragraph 6 of the Complaint, defendant admits that Plaintiff was terminated from his employment at the Petaluma Post Office because he failed to pass a qualifying test. Except as so expressly admitted, defendant denies each and every allegation in Paragraph 6 of the Complaint.

7.   In answer to Paragraph 7 of the Complaint, defendant admits the allegations therein.

8.   In answer to Paragraph 8 of the Complaint, defendant admits the allegations therein.

9.   In answer to Paragraph 9 of the Complaint, defendant admits that a true and correct copy of the Equal Employment Opportunity Commission's "right to sue" letter is attached to the Complaint. Except as so expressly admitted, defendant lacks information sufficient to form a belief as to the truth thereof and, on that basis, denies each and every allegation in Paragraph 9 of the Complaint.

10.   Paragraph 10 of the Complaint contains no factual allegation for which any response is necessary. To the extent that a response is deemed necessary, defendant denies each and every allegation in Paragraph 10 of the Complaint.

11.   Paragraph 11 of the Complaint contains no factual allegation for which any response is necessary. To the extent that a response is deemed necessary, defendant denies each and every allegation in Paragraph 11 of the Complaint.

Defendant denies that plaintiff is entitled to the relief requested or to any relief whatsoever. Defendant further denies each and every allegation of the Complaint that has not

C 08-1344 SI
ANSWER OF DEFENDANT JOHN E. POTTER

been admitted, denied, or otherwise qualified above.

In further answer to the Complaint and as separate affirmative defenses, defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff cannot establish a prima facie case of discrimination or reprisal.

### THIRD AFFIRMATIVE DEFENSE

All actions being challenged by Plaintiff were taken for legitimate, non-discriminatory, non-retaliatory and non-pretextual reasons.

WHEREFORE, for the reasons set forth above, defendant asserts that this action should be dismissed and judgment entered in his favor, with appropriate costs awarded.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 29, 2008           _____/s/_____
MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendant John E. Potter

C 08-1344 SI
ANSWER OF DEFENDANT JOHN E. POTTER

3