JOSEPH P. RUSSONIELLO (CA SBN 44332)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CA SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue
    9th Floor, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7322
    Facsimile: 415-436-6748
    michael.t.pyle@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD BLACK, | **Case No. C 08-1344 SI** |
|     Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JOHN E. POTTER, Postmaster General, | |
|     Defendant. | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **April 29, 2008** she caused a copy of: **ANSWER OF DEFENDANT JOHN E. POTTER, POSTMASTER GENERAL** to be served by mail upon the person(s) at the place and address(es) stated below, which is the last known address:

Rodney Love
3535 El Portal Drive, #F103
El Sobrante, CA 94803
PRO SE

//

//

//

No. C 08-1344 SI -

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and
2  correct.

                                                Respectfully submitted,
                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                /s/
7  Dated: April 29, 2008          By: _____
                                                STEFANIA M. CHIN
                                                Legal Assistant