| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CA SBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CA SBN 88143)<br>Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CA SBN 172954)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue<br>9th Floor, Box 36055 |
| 6 | San Francisco, California 94102-3495<br>Telephone: 415-436-7322 |
| 7 | Facsimile: 415-436-6748<br>michael.t.pyle@usdoj.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HAROLD BLACK, | ) | **Case No. C 08-1344 SI** |
| Plaintiff, | ) | |
| | ) | **PROOF OF SERVICE** |
| v. | ) | |
| JOHN E. POTTER, Postmaster General, | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on **June 13, 2008** she caused a copy of:

**DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT** to be served by mail upon the person(s) at the place and address(es) stated below, which is the last known address:

Harold Black
3535 El Portal Drive, #F103
El Sobrante, CA 94803
PRO SE

//

//

//

No. C 08-1344 SI

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and
2  correct.

|   |   |
|---|---|
|   | Respectfully submitted,<br>JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: June 13, 2008    By: | /s/<br>_____<br>STEFANIA M. CHIN<br>Legal Assistant |

No. C 08-1344 SI                                    2