IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BLACK,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br><br>      Defendant.<br>                                         / | No. C 08-01344 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 3, 2008  at  2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 7, 2008.

DESIGNATION OF EXPERTS: 11/24/08; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 19, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by January 16, 2009;

    Opp. Due January 30, 2009;  Reply Due February 6, 2009;

    and set for hearing no later than February 20, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 17, 2009 at 3:30 PM.

JURY TRIAL DATE: March 30, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur in September 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                     SUSAN ILLSTON
                                                   United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BLACK, | No. C 08-01344 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| JOHN E. POTTER, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 3, 2008  at  2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 7, 2008.

DESIGNATION OF EXPERTS: 11/24/08; REBUTTAL: n/a.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 19, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by January 16, 2009;

   Opp. Due January 30, 2009;  Reply Due February 6, 2009;

   and set for hearing no later than February 20, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 17, 2009 at 3:30 PM.

JURY TRIAL DATE: March 30, 2009 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur in September 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge