**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/20/08

Case No.   C-08-1344 SI          Judge:   SUSAN ILLSTON

Title: HAROLD BLACK -v- JOHN POTTER

Attorneys: H. Black          M. Pyle

Deputy Clerk: Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)   

3)   

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to **10/3/08    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to **2/20/09    @ 9:00 a.m.**   for Motions
(Motion due **1/16/09**, Opposition **1/30/09** Reply **2/6/09**)

Case continued to **3/17/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/30/09    @ 8:30 a.m.**  for Trial (jury:3  Days)
Discovery Cutoff: 11/7/08  Designate Experts by: 11/24/08, Rebuttal Experts:n/a, Expert Discovery Cutoff:12/19/08

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur in September 2008.

Cc: Wings (2)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/20/08

Case No.   C-08-1344 SI          Judge:   SUSAN ILLSTON

Title: HAROLD BLACK -v- JOHN POTTER

Attorneys: H. Black          M. Pyle

Deputy Clerk: Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **10/3/08    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to **2/20/09    @ 9:00 a.m.**   for Motions
(Motion due **1/16/09**, Opposition **1/30/09** Reply **2/6/09**)

Case continued to **3/17/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **3/30/09    @ 8:30 a.m.**  for Trial (jury:3  Days)
Discovery Cutoff: 11/7/08  Designate Experts by: 11/24/08, Rebuttal Experts:n/a, Expert Discovery Cutoff:12/19/08

ORDERED AFTER HEARING:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur in September 2008.

Cc: Wings (2)