IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BLACK, | No. C 08-01344 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| JOHN E. POTTER, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 10, 2008.

DESIGNATION OF EXPERTS: 1/9/09; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 23, 2009

DISPOSITIVE MOTIONS **SHALL** be filed by January 30, 2009;

    Opp. Due February 13, 2009; Reply Due February 20, 2009;

    and set for hearing no later than March 6, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 24, 2009 at 3:30 PM.

JURY TRIAL DATE: March 30, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court adjusted the litigation schedule as indicated above.

The Court has approved appointment of Counsel for settlement purposes. The Court will seek to find him an attorney for the settlement conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California