IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BLACK,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br><br>    Defendant.<br>_____ / | No. C 08-01344 SI<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

The plaintiff having requested and being in need of counsel to assist him in this matter and good cause appearing,

IT IS HEREBY ORDERED THAT, plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The Clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") / Santa Clara County Bar Association ("SCCBA") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF / SCCBA that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the Court.

3. All proceedings in this matter are hereby stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

**IT IS SO ORDERED.**

Dated: 12/29/08

SUSAN ILLSTON
United States District Judge