IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD BLACK, | No. C 08-1344 SI |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| JOHN E. POTTER, | |
| Defendant. | |

Because the plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Alan P. Jacobus and Vance Woodward are hereby appointed as counsel for plaintiff in this matter.

**IT IS SO ORDERED.**

Dated: March 20, 2009

SUSAN ILLSTON
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2