IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HAROLD BLACK,<br><br>          Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br><br>          Defendant.<br>_____/ | No. C 08-01344 SI<br><br>**THIRD**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT CONFERENCE: August 21, 2009, at 3:00 p.m.
Counsel shall file a joint case management conference statement one week prior to the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 21, 2009

DESIGNATION OF EXPERTS: 1/22/10; REBUTTAL: 2/1/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 16, 2010

DISPOSITIVE MOTIONS **SHALL** be filed by February 19, 2010 ;

    Opp. Due March 5, 2010;  Reply Due March 12, 2010 ;

    and set for hearing no later than March 26, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 13, 2010 at 3:30 PM.
**Pretrial filings due: 4/6/10.  Oppositions to Motions In limine due: 4/9/10**

JURY TRIAL DATE: April 26, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be four days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall be prepared to select an ADR procedure at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                                   *Susan Illston*
                                                                                 SUSAN ILLSTON
                                                                                United States District Judge