# Exhibit B

Alan P. Jacobus, No. 206954
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: ajacobus@cbmlaw.com
vwoodward@cbmlaw.com

Attorneys for Plaintiff
HAROLD BLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD BLACK,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>   Defendant. | No. C 08-1344 SI<br><br>**[PROPOSED] ORDER TO PRODUCE** |

Upon consideration of Mr. Black's unopposed motion to compel production of documents, the motion is GRANTED. The Postmaster General is ordered to produce the non-privileged documents responsive to the following document requests to the extent same are under the Postmaster General's care, custody or control:

**Request for Production No. 12:**

The complete personnel files and employment files of Rebecca Wong including employment application, resume, acknowledgments of receipt of employment handbook and other documents, performance evaluations, written warnings, complaints, reprimands, salary and benefit information, and the jacket of the files.

**Request for Production No. 13:**

The complete personnel files and employment files of Chandandeep Whala including employment application, resume, acknowledgments of receipt of employment handbook and other documents, performance evaluations, written warnings, complaints,

reprimands, salary and benefit information, and the jacket of the files.

**Request for Production No. 14:**

The complete personnel files and employment files of Aaron Ashley including employment application, resume, acknowledgments of receipt of employment handbook and other documents, performance evaluations, written warnings, complaints, reprimands, salary and benefit information, and the jacket of the files.

**Request for Production No. 15:**

The complete personnel files and employment files of Sharon Mantle including employment application, resume, acknowledgments of receipt of employment handbook and other documents, performance evaluations, written warnings, complaints, reprimands, salary and benefit information, and the jacket of the files.

**Request for Production No. 16:**

The complete personnel files and employment files of David Forsberg including employment application, resume, acknowledgments of receipt of employment handbook and other documents, performance evaluations, written warnings, complaints, reprimands, salary and benefit information, and the jacket of the files.

IT IS SO ORDERED.

DATED: _____

_____
Judge Susan Illston
United States District Judge