IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD BLACK,

        Plaintiff,

v.

JOHN E. POTTER,

        Defendant.
_____/

No. C 08-01344 SI

**FOURTH**
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 27, 2010.

DESIGNATION OF EXPERTS: 5/7/10; REBUTTAL: 5/28/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 18, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by March 5, 2010;

    Opp. Due March 19, 2010; Reply Due March 26, 2010;

    and set for hearing no later than April 9, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 10, 2010 at 3:30 PM.

JURY TRIAL DATE: August 23, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted a continuance of the trial schedule.

This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur between 4/9/09 and 5/7/10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                                                     SUSAN ILLSTON
                                                                     United States District Judge