JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (SBN 172954)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: 415 436-7322
    Fax: 415 436-6748
    Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD BLACK,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>    Defendant. | Docket No. No. C 08-1344 SI<br><br>E-FILING CASE<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND SUMMARY JUDGMENT MOTION** |

    Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into the following stipulation and request its approval by the Court.

    WHEREAS the deposition of third party Bob Williamson did not take place until February 26, 2010 and will take approximately 10 days for a transcript to be prepared.

    WHEREAS Plaintiff took a 30(b)(6) deposition of defendant and the parties thereafter agreed that certain questions would be answered in writing by defendant rather than in deposition and that defendant will not be able to complete the written response until March 5, 2010.

    WHEREAS the fact discovery cut off is February 27, 2010 and the deadline for defendant to move for summary judgment is March 5, 2010.

ACCORDINGLY, the parties agree that defendant should have until March 5, 2010 to respond to the written questions noted above, that any motion to compel further discovery responses should be 10 days from receipt of the discovery at issue, and that the schedule for summary judgment briefing and hearing should be continued by approximately two weeks.

Respectfully submitted,

DATED: February 26, 2010

/s/
VANCE WOODWARD
Carroll, Burdick & McDonough LLP
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 26, 2010

/s/
MICHAEL T. PYLE
Assistant U.S. Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

1. Defendant shall have until March 5, 2010 to respond to the written questions posed by Plaintiff in lieu of being asked at a 30(b)(6) deposition;

2. Any motion to compel further discovery responses shall be 10 days from receipt of the discovery at issue; and

3. The summary judgment schedule is modified so that Defendant's motion is due to be filed on or before March 19, 2010, Plaintiff's opposition papers are due on or before April 2, 2010, Defendant's reply papers are due April 9, 2010 and the hearing will be held on April 23, 2010 at 9 a.m. (instead of April 9, 2010 at 9 a.m.).

DATED:_____

The Honorable Susan Illston
United States District Court Judge