| | |
|---|---|
| 1 | Alan P. Jacobus, No. 206954 |
| | Vance A. Woodward, No. 231730 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | Attorneys at Law |
| 3 | 44 Montgomery Street, Suite 400 |
| | San Francisco, CA 94104 |
| 4 | Telephone: 415.989.5900 |
| | Facsimile: 415.989.0932 |
| 5 | Email: ajacobus@cbmlaw.com |
| | vwoodward@cbmlaw.com |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | HAROLD BLACK |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD BLACK, | No. C 08-1344 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES** |
| v. | |
| JOHN E. POTTER, Postmaster General, | |
| Defendant. | |

Plaintiff and Defendant, by and through their undersigned attorneys, hereby enter into the following stipulation and request its approval by the Court.

WHEREAS the fact discovery cut-off has been set as February 27, 2010, and

WHEREAS the current deadline to move for summary judgment is March 19, 2010, with opposition papers due April 2, 2010, and reply papers due April 9, 2010, and hearing set for April 23, 2010 at 9:00 a.m., and

WHEREAS the parties believe they have in good faith and with good progress proceeded with the exchange of written discovery and the taking of depositions, and

WHEREAS the parties submitted a stipulation and proposed order to modify discovery and motion deadlines on February 26, 2010 (Docket 57), one day before the discovery cut off and before the completion of a deposition being taken that same day, and

WHEREAS partly based on evidence developed during the deposition taken on February 26, 2010, the parties now seek to take three more depositions, and

WHEREAS the defendant has requested a further short extension of time (to March 10, 2010) to respond to written questions in lieu or a rule 30(b)(6) deposition on certain topics beyond what was requested in the parties' stipulation of February 26, 2010,

ACCORDINGLY, the parties agree and request the Court to modify the case management schedule as follows so as to afford them sufficient time to take three additional depositions and prepare summary judgment motions:

- **Non-Expert Discovery Cutoff**: Move from 2/27/10 to **4/30/10**.
- **Deadline to Bring Fact-Discovery Motions**: **5/14/10**.
- **Deadline to File MSJs**: Move from 3/19/10 to **5/28/10**.
- **Deadline to File Oppositions to MSJs**: From 4/2/10 to **6/11/10**.
- **Deadline to File Replies in Support of MSJs**: From 4/9/10 to **6/18/10**.
- **Hearing on MSJs**: Move from 4/23/10 to **7/16/10, at 9:00 am**.
- **Designation of Experts**: Move from 5/7/10 to **8/6/10**.
- **Designation of Rebuttal Experts**: Move from 5/28/10 to **8/27/10**.
- **Expert Discovery Cutoff**: Move from 6/18/10 to **9/17/10**.
- **Pre-Trial Conference Date**: Move from 8/10/10 to **11/9/10, at 3:30 pm**.
- **Jury Trial Date**: Move from 8/23/10 to **11/22/10, at 8:30 am**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Furthermore, the parties have mutually agreed upon any of the following three Magistrate Judges to preside over a settlement conference: Edward M. Chen, Maria-Elena James, and Elizabeth D. Laporte. To the extent schedules and the convenience of the Court permit, the parties would request the case be referred to one of the three foregoing Magistrate Judges for the settlement conference, to be held sometime between 7/16/10 and 8/6/10.

Dated: March 8, 2010             CARROLL, BURDICK & McDONOUGH LLP

                                 By _____/s/_____
                                         Vance A. Woodward
                                         Alan P. Jacobus

                                 Attorneys for Plaintiff
                                 HAROLD BLACK


Dated: March 8, 2010             U.S. ATTORNEY

                                 By _____/s/_____
                                         Michael T. Pyle
                                         Joseph P. Russoniello

                                 Attorneys for Defendant
                                 JOHN E. POTTER, POSTMASTER GENERAL


PURSUANT TO STIPULATION,

IT IS SO ORDERED.

DATED: _____     _____
                                 Judge Susan Illston
                                 United States District Judge

CBM-IPG\SF468983.2                        -3-

**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES**                    **(NO. C 08-1344 SI)**