Alan P. Jacobus, No. 206954
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: 415.989.5900
Facsimile: 415.989.0932
Email: ajacobus@cbmlaw.com
vwoodward@cbmlaw.com

Attorneys for Plaintiff
HAROLD BLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD BLACK,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>  Defendant. | No. C 08-1344 RS<br><br>**PARTIES' SCHEDULING STIPULATION AND [PROPOSED] ORDER**<br><br>COURTROOM: 3, 17TH FLOOR<br>HON. RICHARD SEEBORG |

In light of the Court's recent ruling on Defendant John E. Potter, Postmaster General's motion for summary judgment, the parties have met and conferred and prepared the following scheduling stipulation and proposed order.

## CASE STATUS

The Court recently ruled on the motion for summary judgment brought by Defendant John E. Potter, Postmaster General. Defendant's motion was granted in part and denied in part. At this stage, the parties do not anticipate reaching a settlement before trial.

Fact discovery has been completed. Expert discovery has not commenced.

Plaintiff's counsel, Vance Woodward, has obtained a Volunteer Assistant District Attorney position with the Santa Clara District Attorney's office, running from

1  November 1, 2010 to January 31, 2011. The volunteer position is full time and is
2  geographically remote from San Francisco. Consequently, Plaintiff Harold Black requests
3  that expert discovery deadlines be set to accommodate Mr. Woodward's volunteer
4  position with the Santa Clara District Attorney. Defendant John E. Potter, Postmaster
5  General, does not oppose this request.

**PROPOSED SCHEDULE**

The parties propose the following schedule.

| Deadline / Event | Date |
|---|---|
| Deadline to exchange expert witness disclosures and reports. | January 31, 2011 |
| Deadline to exchange rebuttal expert witness disclosures and reports. | March 2, 2011 |
| Case management / scheduling conference to set pre-trial conference and trial schedule, and to schedule a further settlement conference if the Court or the parties think it would be productive. | March 17, 2011, 10:00 a.m. |
| Deadline to take expert depositions. | March 31, 2011 |

1  THE PARTIES SO STIPULATE.

2  Dated: October 19, 2010              CARROLL, BURDICK & McDONOUGH LLP

3                                       By _____/s/_____
4                                           Vance A. Woodward
                                            Alan P. Jacobus
5
                                         Attorneys for Plaintiff
6                                        HAROLD BLACK

7

8  Dated: October 19, 2010              MELINDA HAAG

9                                        U.S. ATTORNEY

10                                       By _____/s/_____
                                            Michael T. Pyle
11

12                                       Attorneys for Defendant
                                         JOHN E. POTTER, POSTMASTER GENERAL
13

14  PURSUANT TO STIPULATION,

15  IT IS SO ORDERED.

16     The dates for expert discovery proposed by the parties are approved by the Court

17  and will govern expert discovery. The Court will hold a case management conference on

18  March 17, 2011 at 10:00 a.m. The parties shall file a case management conference

19  statement ten or more days prior to the conference with a proposed schedule for a pre-trial

20  conference and trial date, as well as their views about any further settlement process.

21

22  DATED: ____10/19/10_____        _____
                                         Judge Richard Seeborg
23                                       United States District Judge

-3-

PARTIES' SCHEDULING STIPULATION & [PROPOSED] ORDER          (NO. C 08-1344 RS)