1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    HAROLD BLACK,                        Case No. C 08-01344 RS

8             Plaintiff,            **ORDER TO JURY COMMISSIONER**

9         v.

10   JOHN E. POTTER,

11            Defendant.

12   _____

13

14

15       IT IS HEREBY ORDERED that the United States District Court

16   Jury Commissioner shall furnish daily refreshments for the members

     of the jury in the above-entitled matter starting on **6/24/11** and

17   during the deliberation, lunch shall be furnished for the members

18   of the jury of 8, at the expense of the United States.

19

20   Dated: 6/21/11

21

22

23   _____

                      United States District Judge

24

25

26   cc: David Weir

27       Café 450

28